SEALED

UNSEALED PER ORDER OF COURT
4/15/20 *aj*

FILED
DEC 16 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICHOLAS RYAN LEBEOUF,

    Defendant.

Case No.: 19MJ5593

COMPLAINT FOR VIOLATION OF

Title 21 U.S.C. § 953 and 960
Exportation of a Controlled Substance

The undersigned complainant being duly sworn states:

On or about September 4, 2019, within the Southern District of California, defendant Nicholas Ryan LEBEOUF, did knowingly and intentionally export 500 grams and more, to wit: approximately 1.99 kilograms (4.39 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, out of the United States to a place outside thereof, in violation of Title 21, United States Code, Sections 953 and 960.

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

                              Anthony Volpicelli
                              Special Agent
                              Homeland Security Investigations

Sworn to before me and subscribed in my presence, this 16th day of December, 2019.

                              HON Michael S. Berg
                              U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On September 4, 2019, at approximately 2200 hours, Nicholas LEBEOUF (LEBEOUF), attempted to export a parcel (SUBJECT PARCEL) manifested as, "gift shipment - 1 coffee package and 1 protein powder package," from a Federal Express (FedEx) facility located at 8849 Villa La Jolla Drive, La Jolla, California 92037 to Kaiapoi, New Zealand, labeled with FedEx tracking number 789596777324.

On September 6, 2019, at approximately 1036 hours, Customs and Border Protection (CBP) in Honolulu, Hawaii conducted an examination of the outbound SUBJECT PARCEL. CBP Officers conducted an x-ray examination of the SUBJECT PARCEL and the image showed anomalies within the SUBJECT PARCEL. A green bag, with two containers (coffee and protein), were found in the SUBJECT PARCEL. Officers also recovered a hand written note inside the package that was signed. The two containers were opened, and each container contained one heat-sealed plastic bag within. The heat-sealed plastic bags were cut open and a crystal-like substance was discovered. A random sample of the substance field tested positive for suspected methamphetamine. The approximate weight of the two (2) packages was 1.99 kilograms (4.39 pounds).

The return name and address on the SUBJECT PARCEL was Nicholas LEBEOUF, 8277B Camino Del Oro, La Jolla, California 92037. Records checks discovered that an individual identified as Nicholas LEBEOUF appeared to reside at 8277B Camino Del Oro, La Jolla, California 92037. Furthermore, records checks revealed the phone number listed on the SUBJECT PARCEL is directly associated to LEBEOUF.

California Department of Motor Vehicle records revealed LEBEOUF applied for a California Driver's License on August 15, 2018 with 8277B Camino Del Oro, La Jolla, California 92037 listed as the address.

On October 30, 2019, Homeland Security Investigations (HSI) Special Agents reviewed surveillance footage of the FedEx facility located at 8849 Villa La Jolla Drive, La Jolla, California 92037 from September 4, 2019. Surveillance footage revealed LEBEOUF entering the FedEx facility on September 4, 2019 at approximately 2200 hours carrying the green bag found in the SUBJECT PARCEL interdicted by CBP in Honolulu, which contained the suspected methamphetamine. Further surveillance revealed LEBEOUF giving the green bag and its contents to a FedEx employee, who packaged the green bag and the contents into FedEx packaging. LEBEOUF was seen exiting the FedEx facility at approximately 2220 hours with nothing in his hands. FedEx records indicate the SUBJECT PARCEL had a ship date of September 5, 2019 from the FedEx facility located at 8849 Villa La Jolla Drive, La Jolla, California 92037.

Additionally, a preliminary comparison of the signature on the hand written note to LEBEOUF's California driver's license and U.S. Passport was conducted and revealed the signatures to be consistent.

### Request for Sealing

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents

may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.